**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: Kurt T Disch, Teresa L Disch, Debtor(s) | Case No. 13-18482 |
| --- | --- |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/30/2013.

2) The plan was confirmed on 07/19/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 04/13/2016.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $11,375.00.

10) Amount of unsecured claims discharged without payment: $39,762.91.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $16,920.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$16,920.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $686.79 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,186.79**

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 FAST CASH | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ACC INTERNATIONAL | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL CEN | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| AFFIRMATIVE INSURANCE | Unsecured | 542.00 | NA | NA | 0.00 | 0.00 |
| ALEXANDRIA VANECK CO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| APRIA HEALTHCARE | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| APRIA HEALTHCARE | Unsecured | NA | 163.08 | 163.08 | 70.61 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 115.00 | 156.80 | 156.80 | 67.89 | 0.00 |
| AT&T INC | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| BALANCED HEALTHCARE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,800.00 | 1,800.99 | 1,800.99 | 779.79 | 0.00 |
| CAPITAL ONE NA | Unsecured | 971.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 1,376.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1,300.00 | 1,576.00 | 1,576.00 | 682.38 | 0.00 |
| COLLECT AMERICA | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 402.00 | 350.97 | 350.97 | 151.96 | 0.00 |
| CREDIT ONE BANK | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SRVS | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIA CARD SERVICES | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| FIRST SOUTHWESTERN FINANCIAL S | Secured | 5,400.00 | 5,400.00 | 5,400.00 | 5,400.00 | 408.19 |
| FIRST SOUTHWESTERN FINANCIAL S | Unsecured | NA | 35.68 | 35.68 | 15.45 | 0.00 |
| GLOBAL MEDICAL IMAGING | Unsecured | 152.00 | 151.89 | 151.89 | 65.77 | 0.00 |
| GREENLEAF ORTHOPAEDIC | Unsecured | 2,000.00 | 1,608.12 | 1,608.12 | 696.28 | 0.00 |
| GUARANTY BANK | Unsecured | NA | 1,958.83 | 1,958.83 | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 0.00 | 306.22 | 306.22 | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,055.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 534.00 | 534.02 | 534.02 | 231.22 | 0.00 |
| ILLINOIS BONE & JOINT CENTER | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 713.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 2,179.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 1,286.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTH CARE | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| KIDS DENTIST | Unsecured | 796.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ACUTE CARE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 412.00 | 420.62 | 420.62 | 182.12 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 684.46 | 684.46 | 296.36 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| MIRZA W | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SOLUTI | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT CORP | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 755.00 | 718.82 | 718.82 | 311.23 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 615.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL PHYSI | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 412.00 | 412.36 | 412.36 | 178.54 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 1,958.00 | 1,958.83 | 1,958.83 | 848.13 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 0.00 | 350.00 | 350.00 | 151.54 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 350.00 | 350.00 | 151.54 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 306.22 | 306.22 | 132.59 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SAGE TELECOM | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| TAKE CARE HEALTH ILLINOIS INC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| TRIAD FINANCIAL CORP | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| UNITED ADJ SVC | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 1,715.00 | NA | NA | 0.00 | 0.00 |
| UNITED HEALTHCARE OF WI | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| VISTA HEALTH | Unsecured | 1,660.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VISTA IMAGING ASSOC | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 1,661.00 | 2,121.89 | 2,121.89 | 918.74 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Unsecured | 2,932.00 | 2,293.13 | 2,293.13 | 992.88 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,400.00 | $5,400.00 | $408.19 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,400.00** | **$5,400.00** | **$408.19** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$18,258.93** | **$6,925.02** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $4,186.79 | |
| Disbursements to Creditors | $12,733.21 | |
| **TOTAL DISBURSEMENTS :** | | **$16,920.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/20/2016 By: /s/ Glenn Stearns

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.